■ In the Matter of DEREK REMBERT, Petitioner, v THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents. [892 NYS2d

The criminal complaint in the case entitled *People v Rembert*, under Kings County docket No. 2007KN002229, was dismissed on December 8, 2009. Accordingly, this proceeding is academic. Prudenti, P.J., Mastro, Florio and Austin, JJ., concur.